# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 25, 2021

**BY ECF**

> Application granted. SO ORDERED.
>
> New York, New York   /s/ John G. Koeltl
> January 25, 2021    John G. Koeltl, U.S.D.J.

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Betsy Montalvo et. al,**
    18 Cr. 457 (JGK)

Dear Judge Koeltl:

I write regarding Betsy Montalvo's change-of-plea hearing pursuant to a written plea agreement scheduled for tomorrow at 2:30 PM.

Ms. Montalvo was admitted to NYU Hospital on Saturday, January 23, 2021 due to swelling in her colon. I understand that Ms. Montalvo expects to be discharged sometime this afternoon or evening, and desires to proceed with tomorrow's conference as scheduled (and via videoconference). Given the circumstances, however, I thought it was prudent to apprise the Court of this development, as it is possible Ms. Montalvo's prescribed medications and physical condition might interfere with her allocution. Accordingly, I respectfully request leave to update the Court by letter tomorrow morning before 12:00 PM on Ms. Montalvo's condition. Should Ms. Montalvo not be in a position to proceed with the allocution, I will simultaneously make a formal request for an adjournment, which I understand the government will not oppose.

Respectfully Submitted,

Andrew Dalack
Assistant Federal Defender
Counsel for Betsy Montalvo

Cc: Counsel of Record