# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 27, 2021

**BY ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Betsy Montalvo et. al,**
      **18 Cr. 457 (JGK)**

Dear Judge Koeltl:

    I write regarding Betsy Montalvo's sentencing hearing, which is currently scheduled for June 3, 2021 at 2:30 PM. For the reasons discussed at length in Ms. Montalvo's sentencing submission, which detail her debilitated physical condition, Ms. Montalvo respectfully requests that the Court hold her sentencing proceeding virtually via videoconference, and affirmatively waives her right to appear in person. The Government does not object to Ms. Montalvo's request.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
Counsel for Betsy Montalvo

Cc: Counsel of Record

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
5/27/21