March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                  -v-

BETSY MONTALVO ,
                  Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

18-CR-457 (JGK) (    )

Defendant __BETSY MONTALVO__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ Plea/Trial/Sentence

_____ FOR BETSY MONTALVO     _____
Defendant's Signature                                  Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

BETSY MONTALVO                           Andrew J. Dalack
Print Defendant's Name                     Print Defense Counsel's Name

This proceeding was conducted by reliable video conference technology.

6/3/21
Date                                                  U.S. District Judge/U.S. Magistrate Judge