UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. —

BETSY MONTALVO,

Defendant.

Order of Restitution

18 Cr. 457 (JGK)

JOHN G. KOELTL, United States District Judge:

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Aline R. Flodr and Nicholas Chiuchiolo, Assistant United States Attorneys, of counsel; the Presentence Investigation Report for Betsy Montalvo, dated April 19, 2021; the conviction of Betsy Montalvo, the defendant, on Count One of the above-referenced Indictment; the Government's Sentencing Submission, dated May 27, 2021; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Betsy Montalvo, the defendant, shall pay restitution in the total amount of $511,466.10, pursuant to 18 U.S.C. § 3663, to the victim of the offense charged in Count One of the above-referenced Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

A. **Joint and Several Liability**

Defendant's liability for restitution shall be joint and several with any of the following defendants should they be ordered to make restitution for offenses in this matter: Edward Gonzalez, and Marites Menor in *United States v. Montalvo, et al.*, 18 Cr.457 (JGK).

## 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The Defendant shall commence monthly installment payments in an amount equal to ten percent of the Defendant's gross income, payable on the 1st of each month, as specified by the Court to begin 30 days following the entry of the judgment of conviction. *No interest shall accrue on the unpaid amount.* **JFK**

## 3. Payment Instructions

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his/her name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

### 4. Additional Provisions

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

### 5. Restitution Liability

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

### 6. Sealing

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:    New York, New York
           June 17, 2021

SO ORDERED:

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. —

BETSY MONTALVO,

Defendant.

**Schedule of Victims**

**18 Cr. 457 (JGK)**

| Name | Address | Amount of Restitution | Joint and Several Liability or Sole Liability |
|---|---|---|---|
| PMF Bancorp | PMF Bancorp, Inc. 9701 Pico Blvd., 1st Floor Los Angeles, CA 90035 | $511,466.10 | Joint and Several Liability with Edward Gonzalez, and Marites Menor |
| **Total:** | | $511,466.10 | |